UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    15 CR 592 (PKC)

      -against-                                     ORDER

Esmeraldo Acosta,

                  Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the conference scheduled for January 5, 2016 is adjourned to February 9, 2016 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue plea negotiations.  Accordingly, the time between today and February 9, 2016 is excluded.

       SO ORDERED.

                                                P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
          January 4, 2016